## STATEMENT OF FACTS

On Saturday, February 22, 2020, at approximately 4:23 p.m., officers of the Metropolitan Police Department (MPD) Sixth District Crime Suppression Team (CST) were on patrol in Washington, D.C. when they received a License Plate Reader (LPR) alert for a red Ford Mustang with DC tags FC0204. The vehicle was flagged for a wanted individual.

Officers observed the red Mustang parked on the 100 block of 56th Place Southeast in Washington, D.C. The vehicle was occupied by two females. A male later identified as William McKinney (Defendant McKinney) was standing next to the red Mustang with the passenger door open. As the officers got out of their vehicle to approach the red Mustang, Defendant McKinney took unprovoked flight. Officer Viteretti pursued Defendant McKinney on foot. Defendant McKinney ran into a yard across the street from where the red Mustang and the police vehicle were parked. Officer Viteretti observed Defendant McKinney toss a black firearm with his right hand. Defendant McKinney was secured by officers in close proximity to the firearm that he was observed discarding. Defendant McKinney was placed under arrest.

The firearm was determined to be a Glock Model 27, .40 caliber handgun with a serial number of CXG984. It was loaded with one (1) round in the chamber. When the firearm hit the ground after the defendant tossed it, the magazine was ejected from the well of the weapon and was recovered separately. The magazine was recovered next to the firearm and was loaded with twenty (20) rounds in a twenty-two (22) round capacity magazine. Next to the ejected magazine was one (1) additional live .40 caliber round of ammunition. A total of twenty-two (22) rounds were recovered between the firearm, the magazine and the ground next to the magazine. There are no firearm or ammunition manufacturers in the District of Columbia.

Officer Roccato was present for the recovery of the weapon and the arrest of Defendant McKinney. The defendant was not the wanted individual who was the subject of the LPR hit, nor were either of the two females in the vehicle.

A criminal history check of Defendant McKinney through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia, Criminal Case No. 2013 CF2 2465, for Attempt Possession with Intent to Distribute. This crime is punishable by more than one year of incarceration in the District of Columbia and the defendant was sentenced to twelve (12) months for this conviction.

_____
OFFICER CHRISTINA ROCCATO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE 24th DAY OF FEBRUARY, 2020.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE